IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE NORTHERN CHEYENNE TRIBE,<br><br>Plaintiff,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA; the UNITED STATES DEPARTMENT OF THE INTERIOR; the BUREAU OF INDIAN AFFAIRS; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; DARRYL LACOUNTE, in his official capacity as Director of the Bureau of Indian Affairs; SUSAN MESSERLY, in her official capacity as Director of the BIA Rocky Mountain Regional Office; LENORA NIOCE, in her official capacity as BIA Special Agent in Charge/Approving Official,<br><br>Defendants. | CV 20-183-BLG-SPW<br><br>ORDER |

Plaintiff, The Northern Cheyenne Tribe moves for the admission of Brian Chestnut to practice before the Court in the above captioned matter with Joe A. Rodriguez of Lame Deer, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff, The Northern Cheyenne Tribe's motion to admit Brian Chestnut to appear *pro hac vice* (Doc. 3) is GRANTED and he is

1

authorized to appear as counsel with Joe A. Rodriguez pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 16th day of December, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge