IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE NORTHERN CHEYENNE TRIBE,<br><br>　　　　　Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA; the UNITED STATES DEPARTMENT OF THE INTERIOR; the BUREAU OF INDIAN AFFAIRS; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; DARRYL LACOUNTE, in his official capacity as Director of the Bureau of Indian Affairs; SUSAN MESSERLY, in her official capacity as Director of the BIA Rocky Mountain Regional Office; LENORA NIOCE, in her official capacity as BIA Special Agent in Charge/Approving Official,<br><br>　　　　　Defendants. | CV 20-183-BLG-SPW<br><br><br><br>ORDER |

Upon the parties' Joint Status Report Following Rule 26 Consultation, and Joint Motion to Stay Pretrial Deadlines (Doc. 13) established by this Court's order of January 28, 2021 (Doc. 11), and for good cause appearing,

**IT IS HEREBY ORDERED** that all pretrial deadlines are **STAYED**. The parties will file a status report no later than **April 26, 2021**, either advising the Court that the matter has been resolved or requesting a status conference.

1

**IT IS FURTHER ORDERED** that the telephonic Pretrial Conference set for Friday, March 26, 2021 at 9:30 a.m. is **VACATED.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 15th day of March, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge