IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| IN RE: ELECTRONIC DEVICES IN COURT ENVIRONS | ORDER |

IT IS HEREBY ORDERED that all participants in the settlement conference in CV-20-183-BLG-TJC be permitted to bring electronic devices into the James F. Battin Federal Courthouse on May 24, 2021.

DATED this 21st day of May, 2021.

TIMOTHY J. CAVAN
United States Magistrate Judge