IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| THE NORTHERN CHEYENNE TRIBE,<br><br>　　　　Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA; the UNITED STATES DEPARTMENT OF THE INTERIOR; the BUREAU OF INDIAN AFFAIRS; DAVID BERNHARDT, in his official capacity as Secretary of the Interior; DARRYL LACOUNTE, in his official capacity as Director of the Bureau of Indian Affairs; SUSAN MESSERLY, in her official capacity as Director of the BIA Rocky Mountain Regional Office; LENORA NIOCE, in her official capacity as BIA Special Agent in Charge/Approving Official,<br><br>　　　　Defendants. | CV 20-183-BLG-SPW<br><br><br><br>ORDER |

　　　　The parties appeared before Magistrate Judge Timothy J. Cavan on May 24, 2021 for a Settlement Conference. No action has taken place in this case since that time. Accordingly,

　　　　**IT IS HEREBY ORDERED** that the STAY in the above matter is **LIFTED**.

　　　　**IT IS FURTHER ORDERED** that the parties file a Joint Status Report

1

with the Court on or before **June 1, 2022.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 18th day of May, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge